

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **GREGORY DAMM** | **CIVIL ACTION NO. 05-1093-A** |
| -vs- | **JUDGE DRELL** |
| **GLEN BOOTY, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the findings and recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claim is **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

SIGNED on this 19th day of January, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE